[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 30, 2005
THOMAS  K. KAHN
CLERK

No. 04-15348
Non-Argument Calendar

_____

D. C. Docket No. 04-00111-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERROD BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(August 30, 2005)**

Before BIRCH, DUBINA and BARKETT, Circuit Judges

PER CURIAM:

Susan L. Brach, appointed counsel for Jerrod Brown in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.